FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 JAN 24 PM 3:43

CLERK'S OFFICE
AT GREENBELT

BY _____ DEP!

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CLARK/US-BACK RIVER, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 8:19-cv-3356 |
| | ) | |
| ZURICH AMERICAN INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW NOTICE OF REMOVAL

This matter came to be heard on the 27th day of January, 2020, on the Motion by Defendant, Zurich American Insurance Company for Withdrawal of Notice of Removal (the "Motion"). Upon consideration of Defendant's Motion, it is hereby:

ORDERED that Defendants' Motion is GRANTED; and

ORDERED that this matter is remanded to the Circuit Court for Montgomery County.

_____
Judge George Jarrod Hazel
U.S. Court District Judge

1